**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
FEB 0 5 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** MAURICE MAYS | **Defendant(s):** JASON CLARK, etc., et al. |

FEB 0 5 2008

| | |
|---|---|
| **County of Residence:** US, Outside the State of IL | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Maurice Mays<br>#22209-424<br>Sandstone - FCI<br>P.O. Box 1000<br>Sandstone, MN 55072 | 08CV 778<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE SCHENKIER |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Woodham*   **Date:** 02/05/2008