# UNITED STATES DISTRICT COURT

**DISTRICT OF**

FEB 0 5 2008

_Maurice Mays_
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT** F I L E D

_Officer Jason Clark CPD / City of Chi_
Defendant

08CV 778
JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER

5 2008

V. DOBBINS
STRICT COURT

I, _Maurice Mays_

☑ petitioner/plaintiff/movant ☐ othe

or costs

in the above-entitled proceeding; that in support of m_, _____, _____ _____ ____ ____ _____
under 28 USC. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to
the relief sought in the complaint/petition/motion or appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☑ Yes ☐ No (If "No" go to Part 2)

If "Yes" state the place of your incarceration _Sandstone FCI_ _Sandstone, Mn_

Are you employed at the institution? _No_ If "yes", what income do you receive from the institution? _____

What is your social security number? _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_

YOU MUST HAVE THE INSTITUTION FILL OUT THE CERTIFICATE PORTION OF THIS AFFIDAVIT
SHOWING THE PAST SIX MONTHS' TRANSACTIONS FOR YOUR PRISON ACCOUNT. A ledger sheet
showing such transactions also should be attached.

2. Are you currently employed? ☐ Yes ☑ No

a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give
the name and address of your employer.

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or
wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

a. Business, profession or other self-employment ☐ Yes ☑ No

b. Rent payments, interest or dividends ☐ Yes ☑ No

c. Pensions, annuities or life insurance payments ☐ Yes ☑ No

d. Disability or workers compensation payments ☐ Yes ☑ No

e. Gifts or inheritances ☐ Yes ☑ No

f. Any other sources ☐ Yes ☑ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received
and what you expect you will continue to receive on number 7 of this form.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☐ No

   If "Yes" state the total amount _Approx. -3100.00_   I'm not sure if the account is closed

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

7. Additional information:

I declare under penalty of perjury that the above information is true and correct.

_1-29-08_
DATE

_Maurie May_
SIGNATURE OF APPLICANT

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _50.12_ on account to his/her credit at (name of institution) _FCI Sandstone, mn_. I further certify that the applicant has the following securities to his/her credit: _____

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ _47.06_, and the average monthly balance in the prisoner's account was $ _35.33_.

_1/30/08_
DATE

SIGNATURE OF AUTHORIZED OFFICER