Maurice Mays 22209-424 Sandstone F.C.I. Box 1000 Sandstone, Mn 55072

U.S. District Court
Prisoner Correspondence
219 S. Dearborn
Chicago, Ill 60604

March 18, 2008

**FILED**
MAR 2 4 2008   *auv*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

Maurice Mays

-vs-

Jason Clark, et al.

case # 08 C 778

Honorable Judge Gettleman

    Due to the Plaintiff's inexperience in civil legal procedures, it is at this time that Plaitiff Mays ask that the court provide him with legal representation for the above entitled case.

Thank You

Maurice Mays