IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 778 |
| v. | ) | |
| | ) | Judge Gettleman |
| CITY OF CHICAGO, CHICAGO | ) | |
| POLICE OFFICER JASON CLARK, | ) | Magistrate Judge Schenkier |
| UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until May 5, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. The undersigned attorney was assigned to this case on April 4, 2008.

2. Plaintiff filed his complaint in the instant case against the City on February 29, 2008. The United States District Court for the Northern District of Illinois Clerk's civil docket shows that the summons was issued on March 4, 2008, and that the City received service of the summons on March 10, 2008. Defendant's response was due March 31, 2008.

3. In order to properly respond to plaintiff's complaint, further investigation will be required. The City is in the process of obtaining the necessary documents to respond to plaintiff's complaint. Accordingly, the City requests 30 days, or until Monday, May 5, 2008, to answer or otherwise plead.

4.  This is the first extension of time defendant has sought in this case.

5.  This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiff's complaint.

6.  Plaintiff will not be prejudiced if the requested extension of time is granted.

Wherefore, the defendant City of Chicago requests that the Court enter an order granting the City an extension of time until May 5, 2008, to file its answer or otherwise plead.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

Dated: April 4, 2008    By:    s/ Peter Ahmadian
PETER AHMADIAN
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-0898

## CERTIFICATE OF SERVICE

I certify that, on April 4, 2008, I caused a true and correct copy of **Defendant City of Chicago's Motion for an Extension of Time to Answer or Otherwise Plead** to be served on plaintiff at the address listed below and by electronic filing.

Maurice Mays
#22209-424
Sandstone - FCI
P.O. Box 1000
Sandstone, Minnesota 55072

s/ Peter Ahmadian
PETER AHMADIAN
Assistant Corporation Counsel