IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MAURICE MAYS,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 778 |
| v. | ) | |
| | ) | Judge Gettleman |
| **CITY OF CHICAGO, CHICAGO** | ) | |
| **POLICE OFFICER JASON CLARK,** | ) | Magistrate Judge Schenkier |
| **UNKNOWN CHICAGO POLICE** | ) | |
| **OFFICERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:   Maurice Mays
      #22209-424
      Sandstone - FCI
      P.O. Box 1000
      Sandstone, Minnesota 55072

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendant City of Chicago's Motion for an Extension of Time to Answer or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gettleman or before such other Judge sitting in his place or stead, on the 16th day of April, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 4th day of April, 2008.

                                        Respectfully submitted,

                                        s/ Peter Ahmadian
                                        PETER AHMADIAN
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898