## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 778 | **DATE** | 4/11/2008 |
| **CASE TITLE** | Maurice Mays     vs     City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Motion [12] of defendant City of Chicago for an extension of time to 5/5/2008 to answer or otherwise plead is granted.
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|