# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | ROBERT W. GETTLEMAN | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 778 | **DATE** | April 21, 2008 |
| **CASE TITLE** | Maurice Mays (#22209-424) v. Jason Clark, et al. | | |

**DOCKET ENTRY TEXT:**

The Court denies Plaintiff's motion for appointment of counsel [10] without prejudice for failure to make a showing that he "has made reasonable efforts to retain counsel and was unsuccessful or that the indigent was effectively precluded from making such efforts." *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), *quoting Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|