IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 778 |
| v. | ) | |
| | ) | Judge Gettleman |
| CITY OF CHICAGO, CHICAGO | ) | |
| POLICE OFFICER JASON CLARK, | ) | Magistrate Judge Schenkier |
| UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Maurice Mays
      #22209-424
      Sandstone - FCI
      P.O. Box 1000
      Sandstone, Minnesota 55072

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendant's Motion to Dismiss Plaintiff's Complaint in its Entirety,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gettleman or before such other Judge sitting in his place or stead, on the 8th day of May, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 5th day of May, 2008.

Respectfully submitted,

s/ Peter Ahmadian
PETER AHMADIAN
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898