# United States District Court
## Northern District of Illinois
### Eastern Division

Maurice Mays	**JUDGMENT IN A CIVIL CASE**

	v.	Case Number: 08 C 778

City of Chicago, et al

☐	Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■	Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant City of Chicago's motion to dismiss is granted. Because the claims against Officer Clark are also time barred, the entire complaint is dismissed.

	Michael W. Dobbins, Clerk of Court

Date: 6/25/2008	/s/ George D. Schwemin, Deputy Clerk