# UNITED STATES DISTRICT COURT
## DISTRICT OF _____

Maurice Mays
**Plaintiff**

v.

City of Chicago, Jason Clark et al
**Defendant**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 C 778

I, Maurice Mays, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion or appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Sandstone F.C.I. Sandstone, MN 55022

   Are you employed at the institution? Yes   If "yes", what income do you receive from the institution? $10 Monthly

   What is your social security number? 323 62 7441

   YOU MUST HAVE THE INSTITUTION FILL OUT THE CERTIFICATE PORTION OF THIS AFFIDAVIT SHOWING THE PAST **SIX** MONTHS' TRANSACTIONS FOR YOUR PRISON ACCOUNT. A ledger sheet showing such transactions also should be attached.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive on number 7 of this form.

FILED
Jul 24, 2008
JUL 2 4 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

    If "Yes" state the total amount ~~$~~ Bank account has been closed since incarceration

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

7. Additional information:

I declare under penalty of perjury that the above information is true and correct.

7-18-08
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 27.30 on account to his/her credit at (name of institution) FCI Sandstone. I further certify that the applicant has the following securities to his/her credit: N/A

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ 165.72, and the average monthly balance in the prisoner's account was $ 27.62

7/18/2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER
C. Floyd, Counselor

# CERTIFICATE OF SERVICE

I, Maurice Mays plaintiff hereby certify that I have served a true and correct copy of the following: Attorney Thomas L. Pratt (Counsel for defendant Clark) 30 N. LaSalle City of Chicago Dept. of Law St 1500 Chicago, IL 60602

Attorney Peter Ahmadian (counsel for defendant City) 30 N. LaSalle Chicago, Ill 60602 Dept of Law St. 1020

Which is deemed filed at the time it was delivered to prison authorities for forwarding, *Houston vs. Lack*, 101 L.Ed 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Mail at the Federal Correctional Institution, Sandstone, Minnesota.

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 20 day of July 2008

Maurice Mays
Sandston F.C.I. K4 Unit

P.O. Box 1000
Sandstone, MN 55072