In the United States District Court
Northern District of Illinois

FILED
JUL 24, 2008
JUL 2 4 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Maurice Mays
    Plaintiff,

v.    Case No. 08cv778

City of Chicago "The City"
Officer Jason Clark

### Notice of Appeal

I, Maurice Mays (plaintiff), do hereby seek to appeal the ruling of case no. 08cv778 to the United States Court of Appeals for the Seventh District.

Respectfully Submitted,

*Maurice Mays*
Maurice Mays

Date: 19 July 2008