**FILED**

**JULY 25, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 25, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 08-2857

Caption:
MAURICE MAYS,
Plaintiff - Appellant

v.

JASON CLARK, Chicago Police Officer and CITY OF
CHICAGO,
Defendants - Appellees

---

District Court No: 1:08-cv-00778
Court Reporter Jennifer Costales
Clerk/Agency Rep Michael Dobbins
District Judge Robert Gettleman

Date NOA filed in District Court: 07/24/2008

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)