

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                          312-435-5670

August 25, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Mays v. Clark, et al

U.S.D.C. DOCKET NO. : 08cv778

U.S.C.A. DOCKET NO. : 08-2857

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)                              1 Volume of Pleadings

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                          Very truly yours,

                                                          Michael W. Dobbins, Clerk

                                                          By:_____
                                                            G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Mays v. Clark, et al.

USDC NO.    : 08cv778

USCA NO.    : 08-2857

                                       IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 25th day of August 2008.

                                       MICHAEL W. DOBBINS, CLERK

                                       By: _____
                                              G. Jones, Deputy Clerk

APPEAL, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00778
## Internal Use Only

Mays v. Clark et al
Assigned to: Honorable Robert W. Gettleman
Case in other court:              08-02857.

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/29/2008
Date Terminated: 06/25/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Maurice Mays**             represented by **Maurice Mays**
#22209-424
Sandstone - FCI
P.O. Box 1000
Sandstone, MN 55072
PRO SE

V.

**Defendant**

**Jason Clark**              represented by **Thomas Joseph Platt**
*Chicago Police Officer*     City of Chicago, Department of Law
30 North LaSalle Street Suite 1400
Chicago, IL 60602
(312) 744-4833
Fax: 312-7446566
Email: tplatt@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helen Catherine Gibbons**
City of Chicago (30 N LS)
30 North LaSalle Street
Chicago, IL 60602
312 744 5100

|   |   |   |
|---|---|---|
|   |   | Email: helen.gibbons@cityofchicago.org *ATTORNEY TO BE NOTICED* |
|   |   | **Thomas Jon Aumann** City of Chicago 30 North LaSalle St., Suite 1020 Chicago, IL 60602 (312) 744-1566 Fax: (312) 744-3989 Email: thomas.aumann@cityofchicago.org *ATTORNEY TO BE NOTICED* |
| **Defendant** **Other later named officers** |   |   |
| **Defendant** **City of Chicago** | represented by | **Helen Catherine Gibbons** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|   |   | **Peter A Ahmadian** City of Chicago 30 N. LaSalle Street 700 Chicago, IL 60602 (312) 744-3326 Email: pahmadian@cityofchicago.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|   |   | **Thomas Jon Aumann** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Service List** | represented by | **Prisoner Correspondence - Internal Use Only** Email: Prison1_ILND@ilnd.uscourts.gov *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | RECEIVED Complaint and no copies by Maurice Mays. (gmr, ) (Entered: 02/06/2008) |
| 02/05/2008 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 02/06/2008) |
| 02/05/2008 | 3 | APPLICATION by Plaintiff Maurice Mays to proceed without prepayment of fees and affidavit. (gmr, ) (Entered: 02/06/2008) |
| 02/05/2008 | 4 | POST MARKED envelope for initiating document by Maurice Mays (Document not scanned) (aew, ) (Entered: 02/08/2008) |
| 02/29/2008 | 5 | MINUTE entry before Judge Robert W. Gettleman :Plaintiffs motion for leave to file in forma pauperis 3 is granted. The Court orders the trust fund officer at Plaintiffs current place of incarceration to deduct $ 10.00 from Plaintiffs account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Sandstone-FCI. The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order. Mailed notice (ef, ) (Entered: 03/04/2008) |
| 02/29/2008 | 6 | COMPLAINT filed by Maurice Mays. (ef, ) (Entered: 03/04/2008) |
| 03/04/2008 | | SUMMONS Issued by U.S. Marshal Service as to Defendants Jason Clark, City of Chicago; 2 certified copies of order dated 2/29/2008, 2 complaints. (ef, ) (Entered: 03/04/2008) |
| 03/04/2008 | | MAILED copy of order 5 to Trust Fund Officer at Sandstone - FCI. (ef, ) (Entered: 03/04/2008) |
| 03/04/2008 | | MAILED copy of order 5 , Magistrate Judge Consent Form and Instructions for Submitting Documents to plaintiff. (ef, ) (Entered: 03/04/2008) |
| 03/18/2008 | 7 | (Court only) INMATE Installment Payment in the amount of $ 12.15 paid on 3/18/08, receipt number 10914562. (rp, ) (Entered: 03/21/2008) |
| 03/19/2008 | 8 | SUMMONS Returned Executed by the U.S. Marshals Service as to City of Chicago on 3/10/2008, answer due 3/31/2008. (rp, ) (Entered: 03/21/2008) |
| 03/19/2008 | 9 | SUMMONS Returned Executed by U.S. Marshals Service as to Jason Clark on 3/10/2008, answer due 3/31/2008. (rp, ) (Entered: 03/21/2008) |
| 03/24/2008 | 10 | MOTION by Plaintiff Maurice Mays for court to provide him with legal representation. (rbf, ) (Entered: 03/27/2008) |
| 04/04/2008 | 11 | ATTORNEY Appearance for Defendant City of Chicago by Peter A Ahmadian (Ahmadian, Peter) (Entered: 04/04/2008) |
| 04/04/2008 | 12 | MOTION by Defendant City of Chicago for extension of time to file answer (Ahmadian, Peter) (Entered: 04/04/2008) |
| 04/04/2008 | 13 | NOTICE of Motion by Peter A Ahmadian for presentment of motion for |

| | | |
|---|---|---|
| | | extension of time to file answer ~~12 before Honorable Robert W. Gettleman on 4/16/2008 at 09:15 AM. (Ahmadian, Peter) (Entered: 04/04/2008)~~ |
| 04/11/2008 | 14 | MINUTE entry before Judge Honorable Robert W. Gettleman: Motion 12 of defendant City of Chicago for an extension of time to 5/5/2008 to answer or otherwise pleadis granted. Mailed notice (cdy, ) (Entered: 04/14/2008) |
| 04/21/2008 | 15 | MINUTE entry before Judge Honorable Robert W. Gettleman: The Court denies Plaintiff's motion for appointment of counsel 10 without prejudice for failure to make a showing that he "has made reasonable efforts to retain counsel and was unsuccessful or that the indigent was effectively precluded from making such efforts." Gil v. Reed, 381 F.3d 649, 656 (7th Cir. 2004), quoting Jacksonv. County of McLean, 953 F.2d 1070, 1072 (7th Cir. 1992). Mailed notice (hp, ) (Entered: 04/22/2008) |
| ~~05/05/2008~~ | ~~16~~ | ~~ATTORNEY Appearance for Defendant City of Chicago by Helen Catherine Gibbons (Gibbons, Helen) (Entered: 05/05/2008)~~ |
| 05/05/2008 | 17 | MOTION by Defendant City of Chicago to dismiss (Attachments: # 1 Exhibit A)(Ahmadian, Peter) (Entered: 05/05/2008) |
| ~~05/05/2008~~ | ~~18~~ | ~~NOTICE of Motion by Peter A Ahmadian for presentment of motion to dismiss 17 before Honorable Robert W. Gettleman on 5/8/2008 at 09:15 AM. (Ahmadian, Peter) (Entered: 05/05/2008)~~ |
| ~~05/06/2008~~ | ~~19~~ | ~~ATTORNEY Appearance for Defendant City of Chicago by Thomas Jon Aumann (Aumann, Thomas) (Entered: 05/06/2008)~~ |
| ~~05/07/2008~~ | ~~20~~ | ~~ATTORNEY Appearance for Defendant Jason Clark by Thomas Joseph Platt (Platt, Thomas) (Entered: 05/07/2008)~~ |
| 05/13/2008 | 21 | MINUTE entry before Judge Honorable Robert W. Gettleman: Response to defendant City of Chicago's motion to dismiss is due by 6/13/2008. Reply is due by 6/27/2008. Status hearing set for 8/7/2008 at 09:00 a.m. Telephone notice (gds,) (Entered: 05/13/2008) |
| 05/19/2008 | 22 | MOTION by Plaintiff Maurice Mays for production of Court Records and Stay of Proceedings. (gcy, ) (Entered: 05/22/2008) |
| ~~05/27/2008~~ | ~~23~~ | ~~ATTORNEY Appearance for Defendant Jason Clark by Thomas Jon Aumann (Aumann, Thomas) (Entered: 05/27/2008)~~ |
| ~~05/27/2008~~ | ~~24~~ | ~~ATTORNEY Appearance for Defendant Jason Clark by Helen Catherine Gibbons (Gibbons, Helen) (Entered: 05/27/2008)~~ |
| 06/25/2008 | 25 | MINUTE entry before the Honorable Robert W. Gettleman: The City of Chicago's motion to dismiss is granted. Because the claims against Officer Clark are also time barred, the entire complaint is dismissed. Mailed notice (kj, ) (Entered: 06/30/2008) |
| 06/25/2008 | 26 | ENTERED JUDGMENT.(kj, ) (Entered: 06/30/2008) |
| 07/08/2008 | 27 | (Court only) INMATE Installment Payment in the amount of $ 13.03 paid on 7/8/08, receipt number 4624005465. (kj, ) (Entered: 07/08/2008) |

| | | |
|---|---|---|
| 07/24/2008 | 28 | MOTION by Plaintiff Maurice Mays for leave to appeal in forma pauperis. (air, ) (Entered: 07/25/2008) |
| 07/24/2008 | 29 | NOTICE of appeal by Maurice Mays, ifp granted. (air, ) Modified on 7/25/2008 (air, ). (Entered: 07/25/2008) |
| 07/24/2008 n/a | 35 | POST MARKED envelope for Notice of Appeal. (Document Not Scanned) (lcw, ) (Entered: 08/01/2008) |
| ~~07/25/2008~~ | ~~30~~ | ~~NOTICE of Correction regarding notice of appeal 29 . (air, ) (Entered: 07/25/2008)~~ |
| ~~07/25/2008~~ | ~~31~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 29 . Notified counsel (air, ) (Entered: 07/25/2008)~~ |
| ~~07/25/2008~~ | ~~32~~ | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/25/2008)~~ |
| ~~07/25/2008~~ | ~~33~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 29 ; USCA Case No. 08-2857. (aac, ) (Entered: 07/29/2008)~~ |
| ~~07/25/2008~~ | ~~34~~ | ~~CIRCUIT Rule 3(b) Notice; IT IS ORDERED that all other proceedings in this appeal are SUSPENDED pending the assessment and payment of any necessary fees. See Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997). The court will take no further action in this appeal until the fee status is resolved. (aac, ) (Entered: 07/29/2008)~~ |
| 08/01/2008 | 36 | MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for leave to appeal in forma pauperis 28 is denied. The Court certifies that the appeal is not taken in good faith and orders Plaintiff to pay the appellate fees of $455 within 14 days or the Court of Appeals may dismiss his appeal for want of prosecution. The Clerk is directed to send a copy of this order to the trust fund officer at Sandstone FCI and the PLRA Attorney, U.S. Court of Appeals. Mailed notice (kj, ) (Entered: 08/04/2008) |
| 08/04/2008 | | MAILED copy of minute order dated August 1, 2008 to Trust Fund Officer at Sandstone FCI. (kj, ) (Entered: 08/04/2008) |
| 08/04/2008 | | (Court only) FORWARDED copy of minute order dated August 1, 2008 to PLRA Attorney, U.S. Courts of Appeals. (kj, ) (Entered: 08/04/2008) |
| 08/14/2008 | 37 | (Court only) INMATE Installment Payment in the amount of $ 2.01 paid on 8/14/2008, receipt number 4624007413, Appeal No. 08A2857. (aac, ) (Entered: 08/18/2008) |

**KEY**

          **All items are included in this record.    (Or)**
          **All crossed out items are not included in the record.**
          **S/C:  These items are sent under a separate certificate.**
          **N/A:  These items are not available.**