

*HHN*



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

August 25, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

*FILE*

RE: Mays v. Clark, et al

U.S.D.C. DOCKET NO. : 08cv778

U.S.C.A. DOCKET NO. : 08-2857

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)              1 Volume of Pleadings

VOLUME(S) OF TRANSCRIPT(S)           U.S.C.A. – 7th Circuit
                                     R E C E I V E D

VOLUME(S) OF DEPOSITION(S)           AUG 2 5 2008  DW
                                     8 - 2 5 - 2 0 0 8
EXHIBITS:                            GINO J. AGNELLO
                                         CLERK

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    G. Jones, Deputy Clerk